

# RAVEN & KOLBE, LLP
### ATTORNEYS AT LAW

126 EAST 56TH STREET
SUITE 202
NEW YORK, NEW YORK 10022
TELEPHONE: (212) 759-7466
FACSIMILE: (212) 759-0166
www.ravenkolbe.com

February 26, 2008

**VIA ECF**

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Attn:  Honorable Denise L. Cote

Re:  St. Paul Fire & Marine Insurance Company v. US Airways
     U.S. District Court, Southern District of New York Docket No.: 07 CIV 9643
     D/O/I:      3/8/07
     Our File:   203-027-05

Dear Honorable Cote:

We represented the defendant, US Airways, in the above-referenced matter, and are pleased to report to the Court that a full and final settlement agreement has been reached with plaintiff's counsel. Along these lines, we respectfully submit herewith a proposed Stipulation of Dismissal that has been executed by both parties. We further respectfully request that Your Honor So Order the same for filing with the Clerk of the Court.

In advance, we thank Your Honor for her attention to this matter.

Respectfully submitted,

RAVEN & KOLBE, LLP

George S. Kolbe

GSK/nml
Encl.
cc:
**VIA FACSIMILE & ECF**
Hill Rivkins & Hayden LLP
Attn:  John Eric Olson, Esq.

\\Frserver01\frdocs\203-027-05\LETTERS\Lttr to Hon. D. Cote 2.26.08.doc