JOHN ERIC OLSON (JO4394)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway, 15th Floor
New York, NY 10006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
ST. PAUL FIRE & MARINE INSURANCE
COMPANY,

      Plaintiff,    Docket No.
             07 Civ. 9643
             Judge Cote

  - Against -

             **STIPULATION OF**
             **DISMISSAL**

U.S. AIRWAYS,

      Defendant.
------------------------------x

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record that the above-entitled action having been settled, is hereby dismissed with prejudice each party bearing its own costs.

Dated: New York, New York
     January 28, 2008

            HILL RIVKINS & HAYDEN LLP
            Attorneys for Plaintiff

            By: _____
              John Eric Olson (JO4394)
            45 Broadway, Suite 1500
            New York, NY 10006-3739

            Raven & Kolbe, LLP
            Attorneys for Defendant

            By: _____
              George S. Kolbe, Esq.
              (GK3536)
            126 East 56th Street
            Suite 202
            New York, NY 10022