JOHN ERIC OLSON (JO4394)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway, 15th Floor
New York, NY 10006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ST. PAUL FIRE & MARINE INSURANCE
COMPANY,

                 Plaintiff,      Docket No.
                                   07 Civ. 9643
                                   Judge Cote

    - Against -

                                   STIPULATION OF
                                   DISMISSAL

U.S. AIRWAYS,

                Defendant.
------------------------------------x

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record that the above-entitled action having been settled, is hereby dismissed with prejudice each party bearing its own costs.

Dated:  New York, New York
          January 28, 2008

                                   HILL RIVKINS & HAYDEN LLP
                                   Attorneys for Plaintiff

                                   By: _____
                                      John Eric Olson (JO4394)
                                   45 Broadway, Suite 1500
                                   New York, NY 10006-3739

                                   Raven & Kolbe, LLP
                                   Attorneys for Defendant

                                   By: _____
                                      George S. Kolbe, Esq.
                                      (GK 3536)
                                   126 East 56th Street
                                   Suite 202
                                   New York, NY 10022

So ordered. *Denise Cote*
March 5, 2008